TFH: USAO2019R0347



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 NOV -6  P 4: 37

CLERK'S OFFICE
AT GREENBELT

BY _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH 19CR529 |
| | * | |
| **SEAN LEVAN HENSON,** | * | (Coercion and Enticement, |
| | * | 18 U.S.C. § 2422(b); Forfeiture, |
| Defendant | * | 18 U.S.C. § 2428, 21 U.S.C. § 853, |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Coercion and Enticement)

The Grand Jury for the District of Maryland charges that:

On or about February 23, 2019, in the District of Maryland and elsewhere, the Defendant,

**SEAN LEVAN HENSON,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Victim 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely, Maryland Criminal Law § 3-307, sexual offense in the third degree.

18 U.S.C. § 2422(b)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2428, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), as a result of the Defendant's conviction under Count One of this Indictment.

### Coercion and Enticement Forfeiture

2. Pursuant to 18 U.S.C. § 2428, upon conviction of the offense set forth in Count One of this Indictment, in violation of 18 U.S.C. § 2422(b), the Defendant,

**SEAN LEVAN HENSON,**

shall forfeit to the United States:

    a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and

    b. Any property, real or personal, constituting or derived from proceeds obtained, directly or indirectly, from the offense.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 2428
21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
_____
Foreperson

Date: November 6, 2019