

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Timothy F. Hagan, Jr.*  *Mailing Address:*  *Office Location:*  DIRECT: 301-344-8134
*Assistant United States Attorney*  *6500 Cherrywood Lane, Suite 200*  *6406 Ivy Lane, 8th Floor*  MAIN: 301-344-4433
*Timothy.Hagan@usdoj.gov*  *Greenbelt, MD 20770-1249*  *Greenbelt, MD 20770-1249*  FAX: 301-344-4516

October 18, 2021

**VIA CM/ECF**
The Honorable George J. Hazel
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

  Re: *United States v. Sean Levan Henson*
     Criminal No. GJH-19-529

Dear Judge Hazel:

I write to aid the Court in the sentencing hearing scheduled to be held in this matter on Tuesday, October 19, 2021 at 2:00 p.m.

The Government's position with respect to the United States Sentencing Guidelines ("U.S.S.G.") calculations is consistent with the guidelines calculations in the plea agreement. ECF No. 25. It is the government's position that Mr. Henson's applicable total offense level is **31**. The Government agrees with the Presentence Investigation Report ("PSR") prepared by the United States Probation Office that the applicable criminal history category is **I**. PSR at ECF No. 25 at ¶31. Due to the mandatory minimum term of 120 months applicable as a result of a conviction under 18 U.S.C. §2422(b), the applicable U.S.S.G. range for Count One is 120-135 months. The terms of the plea agreement bind the Government to request a term of 120 months imprisonment.

The stipulation of facts contained in the plea agreement adequately sets forth the nature and circumstances of the offense.

The Government recommends a 120 month term of imprisonment, to be followed by a 10 year term of supervised release, no fine, and a $100 special assessment. Such a sentence will require that the Defendant register as a sex offender pursuant to 34 U.S.C. §20901 *et seq*. The Government submits that such a sentence is required to reflect the seriousness of the offense, promote respect for the law, provide just punishment, deter the Defendant, as well as to protect the public from further crimes of the Defendant.

The sentence requested by the Government is reasonable, but not greater than necessary, to effectuate the goals of sentencing under 18 U.S.C. 3553(a). Mr. Henson was a 28 year-old adult

who preyed upon a vulnerable 14 year old child.  The recommended sentence is in the middle of the guidelines, and while it will hopefully promote respect for the law and deter the Defendant and others, it also contemplates treatment and a period of supervision that will hopefully rehabilitate the Defendant and protect the community.

        Very truly yours,

        Erek L. Barron
        United States Attorney

        */s/ Timothy F. Hagan, Jr.*
        Timothy F. Hagan, Jr.
        Assistant United States Attorney